CO 538
Rev. 12/07

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, et al.
_____
        Plaintiff(s)

    vs.                                                    Civil Action No. 1:09-cv-01550 PLF
                                                                          _____

PATRICIA FREEMYER, an individual
_____
        Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

        I hereby certify under penalty of perjury, this 27_____ day of October_____, 2009_____, that I am the attorney
of record for the plaintiff in the above-entitled case; that the defendant(s)
_____
was [were] (select one):

☑        personally served with process on September 18, 2009_____.

☐        served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the
         District of Columbia on (date the return receipt was signed by addressee):_____.

☐        served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on
         (date the Acknowledgment Form was signed by addressee): _____.

☐        The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia
         is: _____.

        I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no
pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

☑        no extension has been given and the time for filing has expired

☐        although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

        The Clerk is requested to enter a Default against said defendant(s).

                                                        //s//
                                                        _____
                                                        Attorney for Plaintiff(s) [signature]

                                                        Jonathan Sokolow, Sr. Asst
                                                        General Counsel, UMWA Health &
                                                        Retirement Funds, 2121 K St NW
                                                        Suite 350, Washington, DC 20037
                                                        (202) 521-3838

457267
_____
Bar Id. Number                                          Name, Address and Telephone Number

## GENERAL INFORMATION

- All affidavits must be typed and filed electronically using the CM/ECF system. In the event the filer experiences technical difficulties, a PDF version of the affidavit may be emailed to dcd_cmecf@dcd.uscourts.gov.

- If default is being requested for a company, corporation or other business entity, only the Affidavit in Support of Default should be filed. If the defendant is a person, the Military Affidavit must be submitted in addition to the Affidavit in Support of Default.

- The Clerk's Office will fill out a default form and file it electronically, therefore it is not necessary to submit a proposed default form at the time the affidavit is filed.

- If service was effected outside the District of Columbia, pursuant to the Long-Arm Statute, D.C., the sub-section that applies to this case must be cited along with the cite for the Long-Arm Statute.

- If service was made on a domestic or foreign corporation or upon a partnership or other unincorporated association, the return of service must show in which capacity the individual served accepted service. (Officer, Managing or General Agent, or any other agent authorized to receive process)

- If the return postal receipt is not signed by the party named in the summons, the affidavit of service must give specific facts from which the Court can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as set forth in Rule 4(d) of the Superior Court for the District of Columbia.

- If the judgment is based upon a promissory note, the original note must be submitted along with the request for default/judgment.

- If the Complaint is based upon a breach of contract, a promissory note or for an ascertainable sum, the Clerk can enter default/judgment if it is for all the claims and all the parties.

- Affidavits must be signed by plaintiff's attorney.

- The amount in the affidavit for default/judgment cannot exceed the amount prayed for in the complaint.

- If the request for default or default/judgment is for more than one party and the forms supplied by the Clerk do not contain enough space to accommodate all this information, Counsel should draft his/her own forms, tracking the language contained in the Clerk's Office forms.